E-Filed — JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 11-142-GHK (SSx) | Date | February 16, 2011 |
|---|---|---|---|
| Title | *Federal National Mortgage Association v. Maria Sepulveda, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None                                                 None

**Proceedings:**     **(In Chambers) Order** Remanding Case

On February 1, 2011 we ordered Defendant Maria Sepulveda ("Defendant") to show cause why the above-captioned case should not be remanded for lack of subject matter jurisdiction. Response to that Order to Show Cause ("OSC") was due by no later than February 14, 2011. We cautioned Defendant that failure to timely and adequately show cause would be deemed her admission that we lack subject matter jurisdiction. The docket reflects that no such response has been timely filed, and that no extension was timely requested.

Pursuant to our OSC, Defendant is hereby **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is **REMANDED** to the state court from which it was removed. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |